

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-20-00298-CV

**HOWELL CRANE & RIGGING, INC**.,
Appellant

v.

Robert Lee **WAMMACK** Jr.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09279
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

After Appellant Howell Crane & Rigging, Inc. advised this court that the parties had reached an agreement to settle their dispute, we abated the appeal until November 18, 2021. On that day, Appellant asked this court for additional time for the parties to fulfill their obligations as part of the settlement.

Appellant's motion is GRANTED. We ORDER Appellant to file in this court not later than November 29, 2021, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court